**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:20-cv-00289 |
| | § | |
| 4.056 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, STATE OF | § | |
| TEXAS, TEXAS STATE BANK,  *et al.*, | § | |
| *Defendants.* | § | |

## COMPLAINT IN CONDEMNATION

1.      This is a civil action brought by the United States of America at the request of the

Secretary of the Department of Homeland Security, through the Acquisition Program Manager,

Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate,

U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for

the taking of property under the power of eminent domain through a Declaration of Taking, and

for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §

1358.

3.      The interest in property taken herein is under and in accordance with the authority

set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in

Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in

Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/Baltazar Salazar*
**Baltazar Salazar**
Assistant United States Attorney
Attorney-in-Charge for Plaintiff
S.D. Tex. ID No. 3135288
Texas Bar No. 24106385
600 E. Harrison Street, Suite 201
Brownsville, Texas 78520
Tel: (956) 983-6057
Fax: (956) 548-2775
E-mail: Baltazar.Salazar@usdoj.gov

# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-6005-2
Owner:  Texas National Bank, *et al.*
Acres:  4.056

**Being** a 4.056 acre (176,691 square feet) parcel of land, more or less, being out of the Augustine de la Garza Survey, Abstract No. 83, Porción 73, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of Share 6, and being out of the remainder of a called 61.610 acre tract conveyed to Texas National Bank by Foreclosure Sale Deed recorded in Volume 1252, Page 616, Official Records of Starr County, Texas (Tract II), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 1" iron pipe at a westerly exterior corner of the 61.610 acre tract and an easterly interior corner of a called 5.03 acre tract conveyed to Florencia G. Garcia and Salvador Garcia, Jr. by Deed of Gift recorded in Volume 741, Page 650, Official Records of Starr County, Texas (Tract 2, Share 7), said point having the coordinates of N=16657353.420, E=854245.143, said point bears S 27°56'27" W, a distance of 2886.58' from United States Army Corps of Engineers Control Point No. SS11-2019;

**Thence:** S 08°53'10" W (N 08°37'14" E, Record), with the west line of the 61.610 acre tract and the east line of the 5.03 acre tract, for a distance of 69.18' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6005-2-1=6080-1" for the **Point of Beginning** and northwest corner of Tract RGV-RGC-6005-2, said point being in the west line of the 61.610 acre tract and the east line of the 5.03 acre tract, said point having the coordinates of N=16657285.075, E=854234.457;

**Thence:** departing the east line of the 5.03 acre tract, over and across the 61.610 acre tract, the following courses and distances:

- S 15°11'46" E, for a distance of 140.31' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6005-2-2" for an angle point in the northeast line of Tract RGV-RGC-6005-2;

- S 37°57'35" E, for a distance of 794.72' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6005-2-3=6013-1" for the northeast corner of Tract RGV-RGC-6005-2, said point being in the east line of the 61.610 acre tract and the west line of the remainder of a called 6.18 acre tract conveyed to Maria Soledad Garcia and Salvador Garcia, III by Deed of Gift recorded in Volume 1007, Page 644, Official Records of Starr County, Texas (Second Tract: Share 3);

**SCHEDULE C (Cont.)**

**Thence:** S 09°00'27" W (S 08°43'06" W, Record), with the east line of the 61.610 acre tract and the west line of the 6.18 acre tract, for a distance of 273.61' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6005-2-4=6013-6" for the southeast corner of Tract RGV-RGC-6005-2, said point being in the east line of the 17.604 acre tract and the west line of the 6.18 acre tract;

**Thence:** N 37°57'35" W, departing the west line of the 6.18 acre tract, over and across the 61.610 acre tract, for a distance of 872.41' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6005-2-5=6080-2" for the southwest corner of Tract RGV-RGC-6005-2, said point being in the west line of the 61.610 acre tract and the east line of the 5.03 acre tract;

**Thence:** N 08°53'10" E (N 08°37'14" E, Record), with the west line of the 61.610 acre tract and the east line of the 5.03 acre tract, for a distance of 348.57' to the **Point of Beginning.**

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 27'56'27" W | 2886.58' | N/A | N/A |
| L2 | S 08'53'10" W | 69.18' | N 08'37'14" E | N/A |
| L3 | S 15'11'46" E | 140.31' | N/A | N/A |
| L4 | S 37'57'35" E | 794.72' | N/A | N/A |
| L5 | S 09'00'27" W | 273.61' | S 08'43'06" W | N/A |
| L6 | N 37'57'35" W | 872.41' | N/A | N/A |
| L7 | N 08'53'10" E | 348.57' | N 08'37'14" E | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16657285.075 | 854234.457 | RGV-RGC-6005-2-1-6080-1 |
| 2 | 16657149.671 | 854271.236 | RGV-RGC-6005-2-2 |
| 3 | 16656523.077 | 854760.075 | RGV-RGC-6005-2-3-6013-1 |
| 4 | 16656252.840 | 854717.237 | RGV-RGC-6005-2-4-6013-6 |
| 5 | 16656940.684 | 854180.613 | RGV-RGC-6005-2-5-6080-2 |
| 6 | 16657353.420 | 854245.143 | POC RGV-RGC-6005-2 6080 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00040000 (E.G. GRID X 1.00040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.

### LEGEND

| | |
|---|---|
| ● | 5/8" REBAR W/ "MDS" CAP SET |
| ⊙ | FOUND MONUMENT |
| △ | CONTROL POINT |
| 60D | 60D NAIL FOUND |
| CS | COTTON PICKER SPINDLE |
| DRSC | DEED RECORDS OF STARR COUNTY |
| IPF | 1" IRON PIPE FOUND |
| IRF | 1/2" IRON ROD FOUND |
| ORSC | OFFICIAL RECORDS OF STARR COUNTY |
| PG | PAGE |
| POB | POINT OF BEGINNING |
| POC | POINT OF COMMENCING |
| VOL | VOLUME |

|  |  |
|---|---|
| ━━━━━━ | ACQUISITION BOUNDARY |
| ━ ‥ ━ ‥ ━ | ADJOINING ACQUISITION BOUNDARY |
| 〰〰〰 | BRUSH/VEGETATION |
| ━━ P L ━━ | PROPERTY LINE |
| ━ x ━ x ━ x ━ | WIRE FENCE |



## LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019400
674 HARPER ROAD, SUITE 104 - KERRVILLE, TX 78028 - 830-816-1818

| | |
|---|---|
| METES & BOUNDS SURVEY | |
| TEXAS NATIONAL BANK | |
| TRACT No. RGV-RGC-6005-2 | |
| STARR COUNTY | TEXAS |

MDS PROJ. NO. 18-200-00     FILE NAME: RGV-RGC-6005-2     DATE: 6/16/2020

Drawing SHEET 5 OF 7 Ref. No.

| | BY | DATE |
|---|---|---|
| Drawn | TPA | 1/20 |
| Checked | LMK | 1/20 |
| Surveyor | JDB | 1/20 |

Pld Bk. #
CONTRACT NO.: W91270-14-D-0013
T.O.: W45XMA81577997000?

TEXAS (USACE) SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10102343


ENGINEERING, INC.
600 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com


US Army Corps of Engineers

## SCHEDULE D (Cont.)

**1**
TEXAS NATIONAL BANK
REMAINDER OF
CALLED 61.610 ACRES
FORECLOSURE SALE DEED
VOL. 1252, PG. 676 ORSC
(TRACT II)
REMAINING AREA: 8.111 ACRES

**2**
TEXAS NATIONAL BANK
REMAINDER OF
CALLED 61.610 ACRES
FORECLOSURE SALE DEED
VOL. 1252, PG. 676 ORSC
(TRACT II)
REMAINING AREA: 5.437 ACRES

**3**
AMERICO ELOY GARCIA, JR.
CALLED 18.036 ACRES
SPECIAL WARRANTY DEED
INST. No. 2020-355101 ORSC

**4**
RIO WATER SUPPLY CORPORATION
CALLED 22.18 ACRES
(21.82 ACRES NET)
GENERAL WARRANTY DEED
VOL. 1219, PG. 305 ORSC

**5**
ANDRES GARCIA
CALLED 1.630 ACRES
DEED OF GIFT
VOL. 889, PG. 547 ORSC
(SHARE 9)

**6**
SANTA CRUZ PROPERTIES, LTD.
REMAINDER OF
CALLED 167.17 ACRES
GENERAL WARRANTY DEED
VOL. 1275, PG. 81 ORSC

**7**
MARIA SOLEDAD GARCIA
& SALVADOR GARCIA, III
CALLED 5.00 ACRES
DEED OF GIFT
VOL. 1007, PG. 644 ORSC
(FOURTH TRACT, SHARE 4-A)

**8**
COSME AYALA
CALLED 1.63 ACRES
PARTITION DEED
VOL. 171, PG. 36 ORSC
(SHARE 4)

**9**
BLANCA RODRIGUEZ BALTAZAR
CALLED .50'x125' LOT
QUITCLAIM DEED
VOL. 1325, PG. 810 ORSC

**10**
AMERICO ELOY GARCIA,
ROGELIO GARCIA
& SALVADOR GARCIA, JR.
CALLED 26.52 ACRES
WARRANTY DEED
VOL. 572, PG. 840 ORSC

MARIA SOLEDAD GARCIA
& SALVADOR GARCIA, III
DEED OF GIFT
VOL. 1007, PG. 644 ORSC
(FIFTH TRACT, SHARE 2-A)

**11**
MARIA SOLEDAD GARCIA
& SALVADOR GARCIA, III
REMAINDER OF
CALLED 6.18 ACRES
DEED OF GIFT
VOL. 1007, PG. 644 ORSC
(SECOND TRACT, SHARE 3)

**12**
PEDRO C. OLIVAREZ &
EUGENIA OLIVAREZ DE OLIVAREZ
CALLED 7.81 ACRES
PARTITION DEED
VOL. 171, PG. 36 ORSC
(SHARE 2)

**13**
JUAN INDALECIO GARCIA
CALLED 0.83 ACRE
WARRANTY DEED
INST. No. 2018-3442.33 ORSC

**14**
AMERICO ELOY GARCIA
CALLED 20.911 ACRES
REPORT OF COMMISSIONERS
CAUSE NO. 4909
VOL. 441, PG. 599 DRSC
(TRACT No. 1)

**15**
FLORENCIA G. GARCIA
& SALVADOR GARCIA, JR.
CALLED 5.03 ACRES
DEED OF GIFT
VOL. 741, PG. 650 ORSC
(TRACT 2, SHARE 7)

**16**
RIO GRANDE CITY
INDEPENDENT SCHOOL DISTRICT
CALLED 0.82 ACRES
PARTITION DEED
VOL. 171, PG. 36 ORSC
(SHARE 11)

**17**
FLORENCIA G. GARCIA
REMAINDER OF
CALLED 16.317 ACRES
WARRANTY DEED W/
MINERAL RESERVATION
VOL. 601, PG. 817 ORSC

**18**
GABINO RODRIGUEZ, ET AL
CALLED 2.92 ACRES
PARTITION DEED
VOL. 171, PG. 36 DRSC
(SHARE 10)

**19**
JUAN GARCIA
CALLED 2.26 ACRES
SPECIAL WARRANTY DEED
VOL. 1050, PG. 137 ORSC
(TRACT I)

**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019400
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1818

| Drawing Ref. No. 30 | | | |
|---|---|---|---|
| SHEET 6 OF 7 | **METES & BOUNDS SURVEY**<br>**TEXAS NATIONAL BANK**<br>**TRACT No. RGV-RGC-6005-2**<br>**STARR COUNTY** **TEXAS** | | |

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | added pt., etc. | | |
| 2 | Initial change<br>& remaining rev. | | |

| | BY | DATE |
|---|---|---|
| Drawn | TPA | 1/20 |
| Checked | LMK | 1/20 |
| Surveyor | JDB | 1/20 |
| Fld.Bk. # | | |

CONTRACT NO.: W912P0-14-D-0013
T.O.: W45XMA51577987000


**ENGINEERING, INC.**
600 AIRPORT ROAD
HOT SPRINGS, AR 71913
(214) 504-7472-2366
(FAX) 501-767-5005+
(EMAIL) info@bnfeng.com


US Army Corps
of Engineers

MDS PROJ. NO. 18-200-00     FILE NAME: RGV-RGC-6005-2     DATE: 6/16/2020

## SCHEDULE D (Cont.)



Tract:  RGV-RGC-6005-2
Owner:  Texas National Bank, *et al.*
Acreage:  4.056

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-6005-2
Owner:  Texas National Bank, *et al.*
Acres:  4.056

     The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

     Reserving to the owners of land described in Docs. # 2009-286273, # 2001-40583 and # 2004-240583, Official Records of Starr County Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

     Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is THIRTY-FIVE
THOUSAND SIXTY-THREE DOLLARS AND NO/100 ($35,063.00), to be deposited
herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Texas National Bank**<br>c/o Joe Quiroga, President<br>4126 Crosspoint Blvd.<br>Edinburg, TX 78539 | **RGV-RGC-6005-2**<br>Foreclosure Sale Deed, Document #2009-286273, Book OR, Vol. 1256, Pg. 616, recorded October 6, 2009, Deed Records of Starr County |
| **Starr Produce Company**<br>231 N. FM 3167<br>Rio Grande City, Texas 78582 | **RGV-RGC-6005-2**<br>Substitute Trustee's Deed, Document #2004-240583, Book OR, Vol. 1012, Pg. 736, recorded September 7, 2004, Deed Records of Starr County |
| **Ameida Salinas**<br>**Starr County Tax Assessor-Collector**<br>100 N FM 3167, Room 201<br>Rio Grande City, TX 78582 | **RGV-RGC-6005-2**<br>Property Id: Unknown<br>Geographic Id: Unknown |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | 4.056 Acres of Land, More or Less, Situate in Starr County, State of Texas, Texas State Bank, et al., |
| **(b)**   County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant    Starr _____<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*<br><br>AUSA Baltazar Salazar, U.S. Attorney's Office, 600 E. Harrison Street, Suite 201, Brownsville, Texas 78520, (956) 983-6057 | Attorneys *(If Known)* |

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
        Plaintiff

☐ 2   U.S. Government
        Defendant

☐ 3   Federal Question
        *(U.S. Government Not a Party)*

☐ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                                        *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>   & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>   Student Loans<br>   (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>   of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>   Liability<br>☐ 320 Assault, Libel &<br>   Slander<br>☐ 330 Federal Employers'<br>   Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>   Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>   Product Liability<br>☐ 360 Other Personal<br>   Injury<br>☐ 362 Personal Injury -<br>   Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>   Product Liability<br>☐ 367 Health Care/<br>   Pharmaceutical<br>   Personal Injury<br>   Product Liability<br>☐ 368 Asbestos Personal<br>   Injury Product<br>   Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>   Property Damage<br>☐ 385 Property Damage<br>   Product Liability | ☐ 625 Drug Related Seizure<br>   of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>   28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>   New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>   3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>   Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>   Exchange |
| **REAL PROPERTY** | | | **LABOR** | **SOCIAL SECURITY** | ☐ 890 Other Statutory Actions |
|  |  |  | ☐ 710 Fair Labor Standards<br>   Act<br>☐ 720 Labor/Management<br>   Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>   Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>   Income Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>   Act |
| ☒ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>   Accommodations<br>☐ 445 Amer. w/Disabilities -<br>   Employment<br>☐ 446 Amer. w/Disabilities -<br>   Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>   Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>   Conditions of<br>   Confinement | | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>   or Defendant)<br>☐ 871 IRS—Third Party<br>   26 USC 7609 | ☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>   Act/Review or Appeal of<br>   Agency Decision<br>☐ 950 Constitutionality of<br>   State Statutes |
| | | | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>   Actions | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
        Proceeding

☐ 2   Removed from
        State Court

☐ 3   Remanded from
        Appellate Court

☐ 4   Reinstated or
        Reopened

☐ 5   Transferred from
        Another District
        *(specify)*

☐ 6   Multidistrict
        Litigation -
        Transfer

☐ 8   Multidistrict
        Litigation -
        Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114
Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate and maintain border security.

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
    UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:**       ☐ Yes     ☒ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
09/23/2020

SIGNATURE OF ATTORNEY OF RECORD
s/Baltazar Salazar

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**  **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**  **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**  **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.**  **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**  **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**  **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**  **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**  **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.